**RUTA SOULIOS & STRATIS LLP**
Steven A. Soulios, Esq. (SS-4832)
1500 Broadway, 21st Floor
New York, New York  10036
Attorneys for Eric Breslow, Craig Goldberg, and Ryan & Jane Ltd.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FAISAL SAMAD, SAVARD TEXTILES LTD., et al., <br><br>                    Plaintiffs, <br><br>           v. <br><br> ERIC BRESLOW, CRAIG GOLDBERG, et al. <br>                                        Defendants. | Civil action No. 12-CIV-5459 <br><br> **NOTICE OF APPEARANCE** |

Notice is hereby given of the appearance of the undersigned as counsel for Eric Breslow, Craig Goldberg, and Ryan & Jane Ltd., in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

> Steven A. Soulios
> Ruta Soulios & Stratis LLP
> 1500 Broadway, 21st Floor
> New York, New York 10036
> ssoulios@rutasoulios.com

October 4, 2012            RUTA SOULIOS  & STRATIS LLP

/s/ Steven A. Soulios
Steven A. Soulios, Esq. (SS-4832)
1500 Broadway, 21st Floor
New York, New York  10036
Attorneys for Eric Breslow, Craig Goldberg, and Ryan & Jane Ltd.