Mara B. Levin
Janice I. Goldberg
mlevin@herrick.com
**HERRICK, FEINSTEIN LLP**
2 Park Avenue
New York, New York  10016
Tel.:   212.592.1400
Fax:   212.592.1500
*Attorneys for Defendant Rite Aid Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

FAISAL SAMAD, SAVAR TEXTILES, LTD.,
SUPASOX LTD., in its own right, and SUPASOX
LTD., as assignee of DHAKA BANK, LTD.,

      Plaintiffs,

 -against-

CRAIG GOLDBERG, ERIC BRESLOW a/k/a ERIC
BENSON, RYAN AND JANE, LTD., TD BANK
NA, RITE AID CORPORATION, AND WEISNER
PRODUCTS, INC.,

      Defendants.
------------------------------------x

Case No.   12-cv-5459 (DLC)

**NOTICE OF APPEARANCE**

   **PLEASE TAKE NOTICE** that Herrick, Feinstein LLP hereby appears as counsel of record for Defendant Rite Aid Corporation in the above-captioned action and represents that a copy of all papers in this action be served upon the undersigned.

Dated: New York, New York
    October 9, 2012

           HERRICK, FEINSTEIN LLP

           By:   s/ Mara B. Levin
             Mara B. Levin
           2 Park Avenue
           New York, New York  10016
           Telephone:   212.592.1400
           Facsimile:   212.592.1500
           mlevin@herrick.com
           *Attorneys for Defendant Rite Aid Corporation*