Mark Zeichner
Bruce S. Goodman
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for Defendant TD Bank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAISAL SAMAD, SAVAR TEXTILES LTD., SUPASOX LTD., in its own right, and SUPASOX LTD., as assignee of DHAKA BANK LTD.,<br><br>Plaintiffs,<br><br>- against -<br><br>CRAIG GOLDBERG, ERIC BRESLOW a/k/a ERIC BENSON, RYAN AND JANE LTD., TD BANK NA, RITE AID CORPORATION, and WIESNER PRODUCTS INC.,<br><br>Defendants. | Case No.: 12 CV 5459 (DLC)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

      ENTER my appearance as counsel in this case for TD Bank, N.A., named as a defendant. I certify that I am admitted to practice in this Court.

Dated:   New York, New York
           October 9, 2012

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Mark Zeichner
575 Lexington Avenue
New York, New York 10022
Tel: (212) 223-0400

*Attorneys for TD Bank, N.A.*