Mark Zeichner
Bruce S. Goodman
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for Defendant TD Bank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAISAL SAMAD, SAVAR TEXTILES LTD., SUPASOX LTD., in its own right, and SUPASOX LTD., as assignee of DHAKA BANK LTD.,<br><br>Plaintiffs,<br><br>- against -<br><br>CRAIG GOLDBERG, ERIC BRESLOW a/k/a ERIC BENSON, RYAN AND JANE LTD., TD BANK NA, RITE AID CORPORATION, and WIESNER PRODUCTS INC.,<br><br>Defendants. | Case No.: 12 CV 5459 (DLC) |

## DEFENDANT TD BANK, N.A.'s FED. R. CIV. P. 7.1. <u>CORPORATE DISCLOSURE STATEMENT</u>

The undersigned states, pursuant to Fed. R. Civ. P. 7.1, that defendant TD Bank, N.A. is a bank organized under the laws of the United States of America and a wholly owned subsidiary of TD Bank US Holding Company, a Delaware corporation, which in turn is a wholly owned subsidiary of TD Bank US P&C Holdings ULC, an Alberta, Canada unlimited liability company, which in turn is a wholly owned subsidiary

of The Toronto-Dominion Bank, a Canadian chartered bank, the stock of which is traded on the Toronto Stock Exchange and the New York Stock Exchange. No other publicly held corporation directly or indirectly owns ten percent or more of the stock of TD Bank, N.A.

Dated: New York, New York
       October 9, 2012

                                       ZEICHNER ELLMAN & KRAUSE LLP

By: _____
                                  Mark Zeichner
                                  Bruce S. Goodman
                                  Attorneys for Defendant
                                   TD Bank, N.A.
                                  575 Lexington Avenue
                                  New York, New York 10022
                                  (212) 223-0400