Mark Zeichner
Bruce S. Goodman
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

Attorneys for Defendant
 TD Bank, N.A.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAISAL SAMAD, SAVAR TEXTILES LTD., SUPASOX LTD., in its own right, and SUPASOX LTD., as assignee of DHAKA BANK LTD., <br><br> Plaintiffs, <br><br> - against - <br><br> CRAIG GOLDBERG, ERIC BRESLOW a/k/a ERIC BENSON, RYAN AND JANE LTD., TD BANK NA, RITE AID CORPORATION, and WIESNER PRODUCTS INC., <br><br> Defendants. | Case No.: 12 CV 5459 (DLC) <br><br> **STIPULATION** |

IT IS HEREBY STIPULATED by and between counsel for the undersigned parties that the time of defendant TD Bank, N.A. to respond to the complaint is extended to and including November 12, 2012.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and that facsimile and/or digital copies shall be deemed originals for all purposes.

There have been no previous requests for an extension of time.

Dated: New York, New York
October 4, 2012

MASSOUD & PASHKOFF, LLP

By: _____
Ahmed A. Massoud
Attorneys for Plaintiffs
600 Lexington Avenue, 10th Floor
New York, New York 10022
(212) 207-6771

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Mark Zeichner
Bruce S. Goodman
Attorneys for Defendant
 TD Bank, N.A.
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

SO ORDERED

_____
U.S.D.J.

Oct. 10, 2012